# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-CR-20277-SHL |
| | ) | |
| MONTAVIOUS NEAL, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO
## DISMISS THE INDICTMENT

COMES NOW the United States of America, being represented by United States Attorney D. Michael Dunavant and Assistant United States Attorney Immanuel V. Chioco, and hereby moves to dismiss the Indictment in this action. In support thereof, the Government states as follows:

1.      On June 25, 2026, the parties appeared before the Court for a sentencing hearing in *United States v. Montavious Neal*, case no. 2:26-cr-20087-SHL. That case was commenced by way of an Information filed against Mr. Neal and is a tag-along matter to the instant matter.

2.      As part of the parties' plea agreement in case no. 2:26-cr-20087-SHL, the Government agreed to dismiss the Indictment in this matter pursuant to Federal Rule of Criminal Procedure 11(c)(1)(A). *See United States v. Montavious Neal*, case no. 2:26-cr-20087-SHL, DE #5 (Plea Agreement) ¶ 4.

3.      Mr. Neal has now been sentenced on the Information. Consistent with the terms of the plea agreement and upon oral order of this Honorable Court to submit a written motion, the Government hereby moves to dismiss the Indictment in this matter.

1

WHEREFORE, for the reasons described above, the Government moves to dismiss the Indictment in this matter.

Dated: June 26, 2026

Respectfully submitted,

D. Michael Dunavant
United States Attorney
Western District of Tennessee

By:    /s/ *Immanuel V. Chioco*
IMMANUEL V. CHIOCO
Assistant United States Attorney
Tennessee Bar No. 040179
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 633-0073
immanuel.chioco@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Immanuel V. Chioco, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been submitted to Defense Counsel via the Court's ECF electronic filing system, this the 26th day of June, 2026.

/s/ *Immanuel V. Chioco*
IMMANUEL V. CHIOCO
Assistant United States Attorney